UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 10641

| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated<br><br>-v-<br><br>WILLIAM PRYM GMBH & CO., KG, et al. | Plaintiff,<br><br><br><br><br>Defendant. |

Case No._____

**Rule 7.1 Statement**

*NOV 28 2007 U.S.D.C. S.D.N.Y. CASHIERS*

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

JOSEPH ABBOUD MANUFACTURING CORP.          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 11/28/2007

*[signature]*
**Signature of Attorney**

**Attorney Bar Code:** GK-2426

Form Rule7_1.pdf   SDNY Web 10/2007