UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP, on behalf of themselves and all others similarly situated,   Plaintiff,<br><br>-v-<br><br>WILLIAM PRYM GMBH & CO., KG., et al.   Defendant. | Case No. 07CV10641<br><br>**Rule 7.1 Statement**<br><br>AMENDED |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

MEIJER, INC. and MEIJER DISTRIBUTION, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff Joseph Abboud Manufacturing Corp. makes the following corporate disclosure statement:

1. The parent corporations of plaintiff Joseph Abboud Manufacturing Corp. are JA Apparel Corp., JA Holding Inc., and JA Holding, LLC.

2. No public company owns 10% or more of its stock.

**Date:** 11/29/2007

_[signature]_
Signature of Attorney

**Attorney Bar Code:** GA-2426