# MEMO ENDORSED

CHIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2007

| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,<br><br>v.<br><br>WILLIAM PRYM GMBH & CO., KG; et al. | Civil Action No. 07-CIV-10641 |
|---|---|

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants YKK Corporation of America, Inc., YKK (U.S.A.) Inc., and YKK Snap Fasteners America, Inc. in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answers or responsive pleadings, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 6th day of December, 2007.

KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-1980

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum (LN-9336)

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8735

Ronald J. Smolow
SMOLOW & LANDIS
204 Two Neshaminy Interplex
Trevose, PA 19053
215-244-0880

Attorneys for Plaintiff

MORGAN LEWIS & BOCKIUS LLP
John Shin
101 Park Avenue
New York, NY 10178
(212) 309-6844

By: /s/ John Shin
John Shin (JS 1970)

MORGAN LEWIS & BOCKIUS LLP
Peter E. Halle
J. Clayton Everett, Jr.
1111 Pennsylvania Ave., NW
Washington, D.C. 20004
(202) 739-5225
Attorneys for Defendants YKK Corporation of America, Inc., YKK (U.S.A.), Inc. and YKK Snap Fasteners America, Inc.

SO ORDERED
December 7, 2007

Hon. Denny Chin