(Ch·N, T

# MEMO ENDORSED



USDC SDNY
DOCUMENT
ELECTRONICALLY
#:
FILED: 12/7/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated, | |
|---|---|
| v. | Civil Action No. 07-CIV-10641 |
| WILLIAM PRYM GMBH & CO., KG; et al. | |

### STIPULATION OF EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT

COME NOW Plaintiff and Defendants Coats plc and Coats North America de Republica Dominicana, Inc., in the above-styled civil action, and by and through their undersigned counsel, hereby stipulate that the time within which the Defendants must file a response to the Class Action Complaint is extended through and including January 7, 2008. If any answer or other responsive pleading is filed by Defendants in any other action arising out of the same transactions and occurrences before January 7, 2008, or if any documents are produced in such action, Defendants will file their answer or responsive pleading, and shall produce such documents, in this matter concurrently.

By entering into this stipulation, Defendants have not waived their rights with respect to any potential defenses in this litigation, including but not limited to assertion of jurisdictional defenses, except as to the sufficiency of service of process.

So stipulated, this 5th day of December, 2007.

KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
(212) 687-7714

By: /s/ Linda P. Nussbaum    *ACF*
Linda P. Nussbaum

Attorneys for Plaintiff

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

By: /s/ Joseph Wayland
Joseph Wayland

Attorneys for Defendants Coats plc and Coats
   North America de Republica Dominicana, Inc.

SO ORDERED
December 7, 2007

/s/ Denny Chin
Hon. Denny Chin