UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.<br><br>Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Linda P. Nussbaum, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Candice J. Enders
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Phone: (215) 875-3000
> Fax: (215) 875-4604

Candice J. Enders is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

There are no pending disciplinary proceedings against Candice J. Enders in any State or Federal court.

Dated: January 3, 2008
      New York, New York

                Respectfully Submitted,

                */s/ Linda P. Nussbaum*

                Linda P. Nussbaum (LN-9336)
                KAPLAN, FOX & KILSHEIMER, LLP
                850 Third Avenue, 14th Floor
                New York, NY 10022
                Phone: (212) 687-1980
                Fax: (212) 687-7714

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH ABBOUD MANUFACTURING CORP.**, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.**<br><br>    Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>**AFFIDAVIT OF LINDA P. NUSSBAUM IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York )
        ) ss
County of New York )

Linda P. Nussbaum, being duly sworn, hereby deposes and says as follows:

1.  I am a Partner at Kaplan, Fox & Kilsheimer, LLP, Counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Candice J. Enders as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to Practice law on March 15, 1978. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Candice J. Enders since 2004.

4.  Ms. Enders is an attorney at the Firm of Berger & Montague, P.C. in Philadelphia, PA.

5.  I have found Ms. Enders to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Ms. Enders, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Candice J. Enders, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Candice J. Enders, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 3, 2008
       New York, NY

Respectfully submitted,

_____
Linda P. Nussbaum (LPN 9336)

1/4/08

TIREK J. GAYLE
Notary Public, State of New York
No. 01GA6066847
Qualified in Bronx County
Commission Expires Nov. 26, 2009

2



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Candice Joy Enders, Esq.*

**DATE OF ADMISSION**

*December 12, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 24, 2007

_____
Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,<br>　　　　　Plaintiff,<br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.<br>　　　　　Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Linda P. Nussbaum for Joseph Abboud Manufacturing Corp. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

　　　　Candice J. Enders
　　　　Berger & Montague, P.C.
　　　　1622 Locust Street
　　　　Philadelphia, PA 19103
　　　　Phone: (215) 875-4675
　　　　Fax: (215) 875-4604

Is admitted to practice pro hac vice as counsel for Joseph Abboud Manufacturing Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Judge Denny Chin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH ABBOUD MANUFACTURING CORP.**, on behalf of itself and all others similarly situated,<br>              Plaintiff,<br>vs.<br><br>**WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.**<br>              Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE<br>ON WRITTEN MOTION |

Upon the motion of Linda P. Nussbaum for Joseph Abboud Manufacturing Corp. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

        Candice J. Enders
        Berger & Montague, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        Phone: (215) 875-4675
        Fax: (215) 875-4604

Is admitted to practice pro hac vice as counsel for Joseph Abboud Manufacturing Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:                                                                         _____
                                                                        Judge Denny Chin

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that on the 3rd day of January, 2008, true and correct copies of the annexed Motion to Admit Counsel Pro Hac Vice along with all supporting documents was served via First Class U.S. Mail on the following:

Joseph F. Wayland
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
Wayland Direct Dial Telephone: (212) 455-3203
Telephone: (212) 455-2000
Fax: (212) 455-2502
E mail: jwayland@stblaw.com

Steven A. Reiss
Scott Martin
Christopher V. Roberts
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Reiss Direct Dial Telephone: (212) 310-8174
Martin Direct Dial Telephone: (212) 310-8481
Roberts Direct Dial Telephone: (212) 310-8549
Main Telephone: (212) 310-8000
Fax: (212) 310-8007
E mail: steven.reiss@weil.com
    scott.martin@weil.com
    christopher.roberts@weil.com

Laura B. Woodson
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Atlanta, GA 30309-3592
Woodson Direct Dial Telephone: (404) 815-3624
Telephone: (404) 815-3500
Fax: (404) 685-6924
E mail: lwoodson@sgrlaw.com

John Shin
Morgan Lewis & Brockius LLP
101 Park Street
New York, NY 10178-0060
Shin Direct Dial Telephone: (212) 309-6844
Main Telephone: (212) 309-6000
Fax: (212) 309-6001
E mail: jshin@morganlewis.com

Peter E. Halle
J. Clayton Everett, Jr.
Morgan Lewis & Brockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Halle Direct Dial Telephone: (202) 739-5225
Everett Direct Dial Telephone: (202) 739-5860
Main Telephone: (202) 739-3000
Fax: (202) 739-3001
E mail: phalle@morganlewis.com
        jeverett@morganlewis.com

*/s/ Roseann Kelly*
Roseann Kelly

2