UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2008

**JOSEPH ABBOUD MANUFACTURING CORP.**, on behalf of itself and all others similarly situated,

    Plaintiff,

vs.

**WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.**

    Defendants.

Civil Action No. 07-cv-10641(DC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Linda P. Nussbaum for Joseph Abboud Manufacturing Corp. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

    Daniel C. Simons
    Berger & Montague, P.C.
    1622 Locust Street
    Philadelphia, PA 19103
    Phone: (215) 875-4675
    Fax: (215) 875-4604

Is admitted to practice pro hac vice as counsel for Joseph Abboud Manufacturing Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/23/08

                   _____
                   Judge Denny Chin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DOC #9

| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.<br><br>Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Linda P. Nussbaum, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Daniel C. Simons
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Phone: (215) 875-3000
> Fax: (215) 875-4604

Daniel C. Simons is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey.

There are no pending disciplinary proceedings against Daniel C. Simons in any State or Federal court.

*Motion GRANTED.*
*SO ORDERED.*

*USDJ 1/23/08*

Dated: January 3, 2008
     New York, New York

                                       Respectfully Submitted,

                                       Linda P. Nussbaum (LN-9336)
                                       KAPLAN, FOX & KILSHEIMER, LLP
                                       850 Third Avenue, 14th Floor
                                       New York, NY 10022
                                       Phone: (212) 687-1980
                                       Fax: (212) 687-7714