UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2008
```

JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,

        Plaintiff,

vs.

WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.

        Defendants.

Civil Action No. 07-cv-10641(DC)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Linda P. Nussbaum for Joseph Abboud Manufacturing Corp. and said sponsor attorney's affidavit in support,

**IT IS HEREBY ORDERED THAT:**

        Candice J. Enders
        Berger & Montague, P.C.
        1622 Locust Street
        Philadelphia, PA 19103
        Phone: (215) 875-4675
        Fax: (215) 875-4604

Is admitted to practice pro hac vice as counsel for Joseph Abboud Manufacturing Corp. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/29/08

                                          Judge Denny Chin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| JOSEPH ABBOUD MANUFACTURING CORP., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PRYM GMBH & CO., KG; PRYM CONSUMER USA, INC.; PRYM FASHION, INC.; COATS PLC; COATS NORTH AMERICA DE REPUBLICA DOMINICANA, INC.; YKK CORPORATION; YKK CORPORATION OF AMERICA, INC.; YKK (U.S.A.) INC.; YKK SNAP FASTENERS AMERICA, INC.; and SCOVILL FASTENERS, INC.<br><br>Defendants. | Civil Action No. 07-cv-10641(DC)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |



PURSUANT TO RULE 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Linda P. Nussbaum, a member in good standing of the Bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Candice J. Enders
> Berger & Montague, P.C.
> 1622 Locust Street
> Philadelphia, PA 19103
> Phone: (215) 875-3000
> Fax: (215) 875-4604

Candice J. Enders is a member in good standing of the Bar of the Commonwealth of Pennsylvania.

There are no pending disciplinary proceedings against Candice J. Enders in any State or Federal court.

*MOTION GRANTED*
*SO ORDERED.*

1/23/08

USDJ